No. 81–1297. LOCAL LODGES 743 ET AL., INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1299. ILLINOIS ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–1301. UNITED STATES *v.* DISALVATORE, ADMINISTRATOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1311. SACKS *v.* INDIANA. C. A. 7th Cir. Certiorari denied.

No. 81–1321. ROYAL NETHERLANDS STEAMSHIP CO. *v.* SINGER. C. A. 5th Cir. Certiorari denied.

No. 81–1325. GRAHAM ET AL. *v.* KENTUCKY. Cir. Ct. Ky., Hardin County. Certiorari denied.

No. 81–1327. NATIONAL HEALTH AGENCIES *v.* UNITED WAY OF SAN DIEGO COUNTY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1329. BOLLOTIN *v.* SCHWARTZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1355. MALONE *v.* RICHARDSON ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 81–1362. MONTREAL TRADING LTD. *v.* AMAX, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1363. HOLT MARINE TERMINAL, INC. *v.* TRANSPORT INTERNATIONAL POOL, INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.